UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER REVELS,<br><br>          Plaintiff,<br><br>   v.<br><br>HOLLY, et al.,<br><br>          Defendants. | Case No. 23-cv-04404-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On March 12, 2024, the Court ordered Plaintiff to provide the Court with a current address by April 9, 2024, stating that failing to respond in accordance with the order would result in the action being dismissed for failure to prosecute and/or failure to comply with a court order, pursuant to Fed. R. Civ. P. 41(b).[1] ECF No. 11. The deadline to provide a current address has passed, and Plaintiff has not communicated with the Court. Accordingly, the Court DISMISSES this action without prejudice for failure to prosecute and for failure to comply with a court order, pursuant to Fed. R. Civ. P. 41(b). Because the dismissal is without prejudice, Plaintiff may file a motion to reopen the action. Any motion to reopen must be accompanied by Plaintiff's current address and a showing of good cause as to Plaintiff's failure to prosecute and failure to provide the Court with an updated address, as required by N.D. Cal. L.R. 3-11.

---

[1] In the Court's March 12, 2024 Order, the Court stated that, in another case filed by Plaintiff, C No. 22-cv-06723 JST, *Revels v. Hale, et al.* ("*Revels I*"), court mail sent to Plaintiff at his address of record, Marin County Jail, 13 Peter Behr Drive, San Rafael, CA 94903, had been returned to the Court as undeliverable on January 17, 2024. *Id.* Plaintiff has the same address of record listed for this action. Since the March 12, 2024 Order, court orders sent to Plaintiff at his address of record have been returned to the Court as undeliverable. ECF Nos. 14, 15.

1     The Clerk shall enter judgment in favor of Defendant and close the case.

2     **IT IS SO ORDERED.**

3    Dated:  April 10, 2024



JON S. TIGAR
United States District Judge